UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o DOW EUROPE GmbH

    Plaintiff,

 - against -

MV SAFMARINE ANTWERP her engines, boilers, tackle, furniture, apparel, etc., *in rem* and A.P. MOLLER-MAERSK A/S d/b/a MAERSK LINE, AND MAERSK SEALAND, *in personam*

    Defendant,
------------------------------------------------------------X

07 Civ. 6671

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

 NOW comes plaintiff, FIREMAN'S FUND INSURANCE COMPANY a/s/o DOW EUROPE GmbH, and submits in duplicate its Disclosure Statement pursuant to F.R .Civ. P, Rule 7.1.

 ALLIANZ (NYSE: AZ) is the publicly traded parent company of FIREMAN'S FUND INSURANCE COMPANY.

Dated: New York, New York
   July 24, 2007
   295-323

         CASEY & BARNETT, LLC
         Attorneys for Plaintiff

         Christopher M. Schierloh (CS6644)
         317 Madison Avenue, 21st Floor
         New York, NY 10017
         (212) 286-0225