UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o DOW EUROPE GmbH,

        Plaintiff,                       07 Civ. 6671 (JSR)

   - against -

M/V SAFMARINE ANTWERP her engines, boilers
Tackle, etc. *in rem*, and A.P. MOLLER-MAERSK
A/S d/b/a MAERSK LINE and MAERSK
SEALAND, *in personam*,

        Defendants.
------------------------------------------------------------X

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       October __, 2007

                            CASEY & BARNETT, LLC
                            Attorneys for Plaintiff,

           By: _____
                         Christopher M. Schierloh (MFC-1415)
                         317 Madison Avenue, 21st Floor
                         New York, New York 10017
                         (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.
10-2-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-2-07